# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                          §
                                §
BACHRACH, MICHELE H             §     Case No. 08-10628
                                §
_____Debtor(s)_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-10628 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | BACHRACH, MICHELE H | | Date Filed (f) or Converted (c): | 04/29/08 (f) |
| | | | 341(a) Meeting Date: | 05/30/08 |
| For Period Ending: | 06/23/11 | | Claims Bar Date: | 04/16/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 171,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH | 15.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 250.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOOKS, PICTURES | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. FURS & JEWELRY | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 350.00 | 0.00 | | 0.00 | 0.00 |
| 8. ANNUITIES | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 9. RETIREMENT | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 10. VEHICLE (u) | 0.00 | 8,000.00 | | 7,000.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.66 | Unknown |

TOTALS (Excluding Unknown Values)     $176,315.00     $8,000.00     $7,003.66     Gross Value of Remaining Assets $1,000.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE EMPLOYED AN AUCTIONEER TO SELL THE DEBTORS TOYOTA CAMRY.
MANY CLAIMS HAVE BEEN FILED AND HAVE TO BE REVIEWED BY THE TRUSTEE.
TRUSTEE PREPARING FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/09     Current Projected Date of Final Report (TFR): 02/28/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-10628 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BACHRACH, MICHELE H | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0863 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7090 | | | |
| For Period Ending: | 06/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/09 | 10 | American Auction Associates | Sale of Vehicle | 1229-000 | 7,000.00 | | 7,000.00 |
| 02/10/09 | 000301 | American Auction Associates, Inc. | Expense Reimbursement | 3620-000 | | 763.44 | 6,236.56 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,236.57 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 5.11 | 6,231.46 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,231.51 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,231.65 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,231.81 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,231.96 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,232.12 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,232.28 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,232.43 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,232.58 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,232.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,232.90 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,233.06 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 6,233.20 |
| 03/26/10 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.41 | 6,225.79 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,225.95 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,226.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,226.25 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,226.41 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,226.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,226.72 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,226.87 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,227.03 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,227.18 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,227.34 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-10628 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | BACHRACH, MICHELE H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0863 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7090 | | |
| For Period Ending: | 06/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,227.50 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,227.55 |
| 03/29/11 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.05 | 6,224.50 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,224.55 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,224.60 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,224.65 |

| Account *******0863 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 7,000.00 | 4 | Checks | 779.01 |
| 28 | Interest Postings | 3.66 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 7,003.66 | | | |
| | | | | Total | $ 779.01 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 7,003.66 | | | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10628 | | Page 1 | | Date: June 23, 2011 |
| Debtor Name: | BACHRACH, MICHELE H | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $1,077.50 | $0.00 | $1,077.50 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $3.05 | $3.05 | $0.00 |
| 000001 070 7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $1,185.04 | $0.00 | $1,185.04 |
| 000002 070 7100-00 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $790.63 | $0.00 | $790.63 |
| 000003 070 7100-00 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $6,020.33 | $0.00 | $6,020.33 |
| 000004 070 7100-00 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $3,917.09 | $0.00 | $3,917.09 |
| 000005 070 7100-00 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,383.09 | $0.00 | $1,383.09 |
| 000006 070 7100-00 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,117.61 | $0.00 | $1,117.61 |
| 000007 070 7100-00 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,232.52 | $0.00 | $1,232.52 |
| 000008 070 7100-00 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $5,806.05 | $0.00 | $5,806.05 |
| 000009 070 7100-00 | Recovery Management Systems Corp./GE Money Bank<br>dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,970.79 | $0.00 | $1,970.79 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10628 | | Page 2 | | Date: June 23, 2011 |
| Debtor Name: | BACHRACH, MICHELE H | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $508.26 | $0.00 | $508.26 |
| 000011 070 7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,792.81 | $0.00 | $1,792.81 |
| 000012 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $161.89 | $0.00 | $161.89 |
| 000013 070 7100-00 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $387.36 | $0.00 | $387.36 |
| 000014 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $2,061.17 | $0.00 | $2,061.17 |
| 000015 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MEIJER PLATINUM MC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $4,328.48 | $0.00 | $4,328.48 |
| 000016 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $436.07 | $0.00 | $436.07 |
| 000017 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $310.10 | $0.00 | $310.10 |
| 000018 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LINENS N THINGS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $453.28 | $0.00 | $453.28 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-10628 | | Page 3 | | | Date: June 23, 2011 |
|---|---|---|---|---|---|---|
| Debtor Name: | BACHRACH, MICHELE H | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000019 070 7100-00 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $3,199.29 | $0.00 | $3,199.29 |
| | Case Totals: | | | $38,142.41 | $3.05 | $38,139.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-10628
Case Name: BACHRACH, MICHELE H
Trustee Name: JOSEPH E. COHEN

        Balance on hand        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000002 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000003 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000004 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000006 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000007 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000008 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000009 | Recovery Management Systems Corp./GE Money Bank dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000010 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | $ | $ | $ |
| 000011 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000013 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ | $ | $ |
| 000014 | Recovery Management Systems Corporation For GE Money Bank dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000015 | Recovery Management Systems Corporation For GE Money Bank dba MEIJER PLATINUM MC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000016 | Recovery Management Systems Corporation For GE Money Bank dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000017 | Recovery Management Systems Corporation For GE Money Bank dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |
| 000018 | Recovery Management Systems Corporation For GE Money Bank dba LINENS N THINGS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | Recovery Management Systems Corporation For GE Money Bank dba JCPENNEY CREDIT SERVICES 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE