UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
BACHRACH, MICHELE H                       §    Case No. 08-10628
                                          §
          Debtor(s)                       §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                    CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 08/05/2011 in Courtroom B,
         Park City Branch Court
         301 Greenleaf Avenue
         Park City, IL 60085
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____
                                              Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
BACHRACH, MICHELE H  §   Case No. 08-10628
§
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 7,003.66 |
| and approved disbursements of | $ | 779.01 |
| leaving a balance on hand of[1] | $ | 6,224.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,450.37 | $ 0.00 | $ 1,450.37 |
| Trustee Expenses: JOSEPH E. COHEN | $ 28.70 | $ 0.00 | $ 28.70 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,077.50 | $ 0.00 | $ 1,077.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.05 | $ 3.05 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,556.57 |
| Remaining Balance | $ 3,668.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,061.86 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 1,185.04 | $ 0.00 | $ 117.29 |
| 000002 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 790.63 | $ 0.00 | $ 78.25 |
| 000003 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 6,020.33 | $ 0.00 | $ 595.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 3,917.09 | $ 0.00 | $ 387.68 |
| 000005 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,383.09 | $ 0.00 | $ 136.89 |
| 000006 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,117.61 | $ 0.00 | $ 110.61 |
| 000007 | PYOD LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 1,232.52 | $ 0.00 | $ 121.98 |
| 000008 | State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 5,806.05 | $ 0.00 | $ 574.64 |
| 000009 | Recovery Management Systems Corp./GE Money Bank dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 1,970.79 | $ 0.00 | $ 195.05 |
| 000010 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | $ 508.26 | $ 0.00 | $ 50.30 |
| 000011 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 1,792.81 | $ 0.00 | $ 177.44 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 161.89 | $ 0.00 | $ 16.02 |
| 000013 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 387.36 | $ 0.00 | $ 38.34 |
| 000014 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 2,061.17 | $ 0.00 | $ 204.00 |
| 000015 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MEIJER PLATINUM MC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 4,328.48 | $ 0.00 | $ 428.40 |
| 000016 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 436.07 | $ 0.00 | $ 43.16 |
| 000017 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 310.10 | $ 0.00 | $ 30.69 |
| 000018 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LINENS N THINGS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 453.28 | $ 0.00 | $ 44.86 |
| 000019 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $ 3,199.29 | $ 0.00 | $ 316.64 |

|  |  |  |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,668.08 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
                                    TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 08-10628-ABG
Michele H Bachrach                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales           Page 1 of 2            Date Rcvd: Jul 13, 2011
                               Form ID: pdf006           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2011.
```
db           +Michele H Bachrach,    4334 Waters Edge Drive,    Island Lake, IL 60042-8221
aty          +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty          +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Paul R Idlas,    Law Offices Of Paul R. Idlas,    1099 N Corporate Circle,    Suite K,
               Grayslake, IL 60030-1688
aty          +Yan Teytelman,    Russell Simon, Chapter 13 Trustee,    33 Bronze Pointe, Suite 110,
               Swansea, IL 62226-8311
tr           +Joseph E Cohen, Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
12186758     +Avenue,    WFNNB Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
12186760      BP,    P.O. Box 70887,    Charlotte, NC  28272-0887
12186756     +Bachrach Michele H,    4334 Waters Edge Drive,    Island Lake, IL 60042-8221
12186759      Bergner's,    P.O. Box 17264,    Baltimore, MD  21297-1264
12186788    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,    P.O. Box 660509,    Dallas, TX  75266-0509)
12186761      Capital One,    P.O. Box 5294,    Carol Stream, IL  60197-5294
12186762      Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT  84130-0281
12186763      Chase,    P.O. Box 15298,    Wilmington, DE  19850-5298
12186764     +Chase,    United Mileage,    P.O. Box 15298,    Wilmington, DE 19850-5298
12186765      Chase BP Private Label,    P.O. Box 15298,    Wilmington, DE  19850-5298
13616897     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
12186766      CitgoPlus,    Credit Card Center,    P.O. Box 9095,    Des Moines, IA  50368-9095
15318481      Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
12186767      Citifinancial Retail Service,    P.O. Box 183041,    Columbus, OH  43218-3041
12186768      Direct Merchants,    C/O Card Members Services,    P.O. Box 17313,    Baltimore, MD  21297-1313
12186769      Dress Barn,    P.O. Box 182273,    Columbus, OH  43218-2273
12186773     +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
12186772     +Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0001
12186757     +Law Office of Paul R Idlas,    1099 N Corporate Cir,    Grayslake, IL 60030-1688
12186777      Miejer's,    P.O. Box 960015,    Orlando, FL  32876
12186779     +NTB Credit Plan,    Processing Center,    Des Moines, IA 50364-0001
12186780     +Popular Mortgage Servicing,    121 Woodcrest Road,    Cherry Hill, NJ 08003-3620
12186781    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint,    PO Box 4181,    Carol Stream, IL  60197)
13518753      State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13063431     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12186783     +TNB-Target,    P.O. Box 673 Mailstop 6CA,    Minneapolis, MN 55440-0673
12186782      Target,    C/O Target Credit Services,    P.O. Box 59317,    Minneapolis, MN  55459-0317
12186784     +U.S. Bank - State Farm,    P.O. Box 23025,    Columbus, GA 31902-3025
12186785      Victoria's Secret,    P.O. Box 1826885,    Columbus, OH  43218-2685
12186787     +Washington Mutual,    P.O. Box 660443,    Dallas, TX 75266-0443
13599263      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12186771      E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34     GE Money Bank,    P.O. Box 960061,
               Orlando, FL  32896-0061
12186770     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34     Ge Money Bank,
               Attn: Bankruptcy Dept,    P.O. Box 103104,    Roswell, GA 30076-9104
12186774      E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34     JC Penny,    P.O. Box 981403,
               El Paso, TX  79998-1403
12186775     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 13 2011 23:51:42     Kohl's,    P.O. Box 2983,
               Milwaukee, WI 53201-2983
12186776      E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34     Linens & Things,    P.O. Box 530942,
               Atlanta, GA  30353-0942
13080687      E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2011 23:37:54
               PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13080685      E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2011 23:37:54
               PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13741354     +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
               Recovery Management Systems Corporation,    For GE Money Bank,    dba WALMART,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13741416     +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LINENS N THINGS,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13543920     +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
               Recovery Management Systems Corporation,    For GE Money Bank,    dba CARE CREDIT/GEMB,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
```

```
District/off: 0752-1          User: ccabrales             Page 2 of 2                Date Rcvd: Jul 13, 2011
                              Form ID: pdf006             Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13741355       +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba MEIJER PLATINUM MC,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13741417       +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY CREDIT SERVICES,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13741414       +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba GAP,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13741410       +E-mail/PDF: rmscedi@recoverycorp.com Jul 13 2011 23:51:34
                 Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13709523        E-mail/PDF: BNCEmails@blinellc.com Jul 13 2011 23:51:11     Roundup Funding, LLC,    MS 550,
                 PO Box 91121,    Seattle, WA 98111-9221
12186786        E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34      Wal-Mart,    P.O. Box 981064,
                 El Paso, TX  79998-1064
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12186778     ##National City,    P.O. Box 2349 #KA16F5,    Kalamazoo, MI  49003-2349
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2011**                    **Signature:**    *Joseph Speetjens*