## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BACHRACH, MICHELE H | § | Case No. 08-10628 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
### ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | CHASE BANK USA,N.A | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000014 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000015 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000016 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000017 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000018 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000019 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000012 | ROUNDUP FUNDING, LLC | | | | | |
| 000013 | ROUNDUP FUNDING, LLC | | | | | |
| 000008 | STATE FARM BANK | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| 000002 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 08-10628 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|

Case Name:    BACHRACH, MICHELE H

Date Filed (f) or Converted (c):    04/29/08 (f)
341(a) Meeting Date:    05/30/08

For Period Ending:  12/19/11

Claims Bar Date:    04/16/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 171,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CASH | 15.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 250.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOOKS, PICTURES | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. FURS & JEWELRY | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. APPAREL | 350.00 | 0.00 | | 0.00 | 0.00 |
| 8. ANNUITIES | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 9. RETIREMENT | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 10. VEHICLE (u) | 0.00 | 8,000.00 | | 7,000.00 | 1,000.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.77 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $176,315.00 | $8,000.00 | | $7,003.77 | $1,000.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE EMPLOYED AN AUCTIONEER TO SELL THE DEBTORS TOYOTA CAMRY.

MANY CLAIMS HAVE BEEN FILED AND HAVE TO BE REVIEWED BY THE TRUSTEE.

TRUSTEE PREPARING FINAL REPORT.

Initial Projected Date of Final Report (TFR): 11/30/09        Current Projected Date of Final Report (TFR): 02/28/11

LFORM1

Ver: 16.04e

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-10628  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BACHRACH, MICHELE H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0863  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7090 | | |
| For Period Ending: | 12/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/13/09 | 10 | American Auction Associates | Sale of Vehicle | 1229-000 | 7,000.00 | | 7,000.00 |
| 02/10/09 | 000301 | American Auction Associates, Inc. | Expense Reimbursement | 3620-000 | | 763.44 | 6,236.56 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,236.57 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 5.11 | 6,231.46 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,231.51 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,231.65 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,231.81 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,231.96 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,232.12 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,232.28 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,232.43 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,232.58 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,232.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,232.90 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,233.06 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 6,233.20 |
| 03/26/10 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.41 | 6,225.79 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,225.95 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,226.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,226.25 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,226.41 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,226.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,226.72 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,226.87 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,227.03 |

Page Subtotals    7,002.99    775.96

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

Case No:  08-10628  -ABG
Case Name:  BACHRACH, MICHELE H

Taxpayer ID No:  *******7090
For Period Ending:  12/19/11

Trustee Name:  JOSEPH E. COHEN
Bank Name:  BANK OF AMERICA, N.A.
Account Number / CD #:  *******0863  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 6,227.18 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,227.34 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 6,227.50 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,227.55 |
| 03/29/11 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 3.05 | 6,224.50 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,224.55 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,224.60 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,224.65 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,224.70 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,224.75 |
| 08/03/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 6,224.76 |
| 08/03/11 | | Transfer to Acct #*******1870 | Final Posting Transfer | 9999-000 | | 6,224.76 | 0.00 |

|  | | COLUMN TOTALS | 7,003.77 | 7,003.77 | 0.00 |
|---|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | | 0.00 | 6,224.76 | |
| | Subtotal | | 7,003.77 | 779.01 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 7,003.77 | 779.01 | |

Page Subtotals          0.78          6,227.81

Ver: 16.04e

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-10628 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | BACHRACH, MICHELE H | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1870 BofA - Checking Account |
| Taxpayer ID No: | *******7090 | | | |
| For Period Ending: | 12/19/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/11 | | Transfer from Acct #*******0863 | Transfer In From MMA Account | 9999-000 | 6,224.76 | | 6,224.76 |
| 08/10/11 | 003001 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,450.38 | 4,774.38 |
| 08/10/11 | 003002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 28.70 | 4,745.68 |
| 08/10/11 | 003003 | Cohen & Krol | Attorney fees per court order | 3110-000 | | 718.34 | 4,027.34 |
| 08/10/11 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 359.16 | 3,668.18 |
| 08/10/11 | 003005 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000001, Payment 9.89756% | 7100-000 | | 117.29 | 3,550.89 |
| 08/10/11 | 003006 | TARGET NATIONAL BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000002, Payment 9.89717% | 7100-000 | | 78.25 | 3,472.64 |
| 08/10/11 | 003007 | PYOD LLC assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000003, Payment 9.89746% | 7100-000 | | 595.86 | 2,876.78 |
| 08/10/11 | 003008 | PYOD LLC assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000004, Payment 9.89740% | 7100-000 | | 387.69 | 2,489.09 |
| 08/10/11 | 003009 | PYOD LLC assignee of Citibank Resurgent Capital Services | Claim 000005, Payment 9.89740% | 7100-000 | | 136.89 | 2,352.20 |

Page Subtotals         6,224.76      3,872.56

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-10628 -ABG |
| Case Name: | BACHRACH, MICHELE H |
| Taxpayer ID No: | *******7090 |
| For Period Ending: | 12/19/11 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1870  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/11 | 003010 | PO Box 10587<br>Greenville, SC 29603-0587<br>PYOD LLC assignee of Citibank<br>Resurgent Capital Services | Claim 000006, Payment 9.89701% | 7100-000 | | 110.61 | 2,241.59 |
| 08/10/11 | 003011 | PO Box 10587<br>Greenville, SC 29603-0587<br>PYOD LLC assignee of Citibank<br>Resurgent Capital Services | Claim 000007, Payment 9.89761% | 7100-000 | | 121.99 | 2,119.60 |
| 08/10/11 | 003012 | PO Box 10587<br>Greenville, SC 29603-0587<br>State Farm Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 9.89743% | 7100-000 | | 574.65 | 1,544.95 |
| 08/10/11 | 003013 | Recovery Management Systems<br>Corp./GE Money Bank<br>dba CARE CREDIT/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000009, Payment 9.89755% | 7100-000 | | 195.06 | 1,349.89 |
| 08/10/11 | 003014 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000010, Payment 9.89651% | 7100-000 | | 50.30 | 1,299.59 |
| 08/10/11 | 003015 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000011, Payment 9.89787% | 7100-000 | | 177.45 | 1,122.14 |
| 08/10/11 | 003016 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121 | Claim 000012, Payment 9.89561% | 7100-000 | | 16.02 | 1,106.12 |

Page Subtotals          0.00          1,246.08

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 08-10628  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | BACHRACH, MICHELE H | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1870  BofA - Checking Account |
| Taxpayer ID No: | *******7090 | | |
| For Period Ending: | 12/19/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Seattle, WA 98111-9221 | | | | |
| 08/10/11 | 003017 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000013, Payment 9.89777% | 7100-000 | | 38.34 | 1,067.78 |
| 08/10/11 | 003018 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba WALMART<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000014, Payment 9.89729% | 7100-000 | | 204.00 | 863.78 |
| 08/10/11 | 003019 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba MEIJER PLATINUM MC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000015, Payment 9.89747% | 7100-000 | | 428.41 | 435.37 |
| 08/10/11 | 003020 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000016, Payment 9.89749% | 7100-000 | | 43.16 | 392.21 |
| 08/10/11 | 003021 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba GAP<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000017, Payment 9.89681% | 7100-000 | | 30.69 | 361.52 |
| 08/10/11 | 003022 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LINENS N THINGS<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000018, Payment 9.89896% | 7100-000 | | 44.87 | 316.65 |

Page Subtotals              0.00         789.47

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:          08-10628  -ABG
Case Name:      BACHRACH, MICHELE H

Taxpayer ID No:   *******7090
For Period Ending:  12/19/11

Trustee Name:              JOSEPH E. COHEN
Bank Name:                 BANK OF AMERICA, N.A.
Account Number / CD #:   *******1870  BofA - Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/10/11 | 003023 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000019, Payment 9.89751% | 7100-000 | | 316.65 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 6,224.76 | 6,224.76 | 0.00 |
| Less:  Bank Transfers/CD's | 6,224.76 | 0.00 |
| Subtotal | 0.00 | 6,224.76 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 0.00 | 6,224.76 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0863 | 7,003.77 | 779.01 | 0.00 |
| BofA - Checking Account - *******1870 | 0.00 | 6,224.76 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,003.77 | 7,003.77 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          316.65

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*